Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Michael Benveniste

**FILED**

DEC - 7 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BENVENISTE,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant

) Case No.: 2:10-CV-00133 MLG
)
) ORDER AWARDING EQUAL
) ACCESS TO JUSTICE ACT
) ATTORNEY FEES AND EXPENSES
) PURSUANT TO 28 U.S.C. § 2412(d)
) AND COSTS PURSUANT TO 28
) U.S.C. § 1920
)
)
)
)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,700.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: December 7, 2010

THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

-1-